UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| |
|---|
| **UNITED STATES OF AMERICA** |
| v. |
| **STEPHEN JOHN HALLISSEY,** Defendant. |

No. 1:15-mj-04052-DHH-1

## NOTICE OF APPEARANCE

Kindly enter the appearance of attorney Neil S. Tassel as counsel of record in the above-captioned matter on behalf of defendant Stephen John Hallissey.

Dated: March 20, 2015

Respectfully submitted,
STEPHEN JOHN HALLISSEY
By and through his attorney,

 /s/ *Neil S. Tassel*
Neil S. Tassel, BBO#557943
Jeffrey Denner Associates, PC
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.   617.227.2800
Fax.   617.973.1562
ntassel@dennerlaw.com

### Certificate of Service

I, Neil S. Tassel, hereby certify that on this the 20th day of March 2015, I caused a true copy of the foregoing *Notice of Appearance* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

 /s/ *Neil S. Tassel*
Neil S. Tassel