**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **DOCKET NO. 15-mj-04052-DHH** |
| **STEPHEN JOHN HALLISSEY** ) | |

## MOTION TO WITHDRAW

Assistant Federal Defender Oscar Cruz, Jr., hereby moves to withdraw from this matter. As grounds for this motion, Attorney Neil S. Tassel and Attorney Jeffrey A. Denner have entered an appearance on behalf of defendant.

**STEPHEN JOHN HALLISSEY**

**By His Attorney,**

*/s/ Oscar Cruz, Jr.*
**Oscar Cruz, Jr.**
**B.B.O. #630813**
**Federal Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA  02210**
**Tel: 617-223-8061**

## CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, as identified on the Notice of Electronic Filing (NEF) on March 25, 2015.

*/s/ Oscar Cruz, Jr.*
**Oscar Cruz, Jr.**