UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:15-cr-10063-NMG-1 |
| **STEPHEN JOHN HALLISSEY,**<br>Defendant. | |

## MOTION FOR ORDER OF TRANSPORTATION

The defendant moves for an order of transportation. As grounds therefore, the defendant asserts the following:

1. The defendant is in the process of being evaluated for mental health concerns by Dr. Fabian Saleh, M.D. This process is ongoing.

2. As part of the evaluation process, counsel has arranged for a polygraph examination by Dennis Peloquin of Forensic Polygraph Associates.

3. The defendant is presently housed by the U.S. Marshal Service on this matter at the Donald W. Wyatt Detention Facility in Central Falls, R.I.

4. Upon inquiry by undersigned counsel, the U.S. Marshal Service have adequate facilities at the U.S. District Court in Boston to conduct such an examination, specifically a quiet private room with four walls, with a table and at least two chairs, an electric outlet and access to a bathroom.

5. Upon inquiry by undersigned counsel, the Wyatt Detention Facility lacks such a room to permit polygraph examination.

6. The process of conducting the examination will take 2 hours.

7. Mr. Peloquin is available on Thursday, October 15, 2015 in the afternoon to conduct the examination of the defendant.

Therefore, the defendant requests an order directing Marshal John Gibbons, U.S. Marshal for the District of Massachusetts, to transport the defendant to the U.S. District Court in Boston on October 15, 2015, and provide access to a room as described in paragraph 4 for the use of Dennis Peloquin to conduct an examination of the defendant.

Dated: October 7, 2015

Respectfully submitted,
STEPHEN JOHN HALLISSEY
By and through his attorney,

 /s/ *Neil S. Tassel*
Neil S. Tassel, BBO#557943
Jeffrey Denner Associates, PC
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.    617.227.2800
Fax.    617.973.1562
ntassel@dennerlaw.com

### Certificate of Service

I, Neil S. Tassel, hereby certify that on this the 7th day of October 2015, I caused a true copy of the foregoing *Motion for Order of Transportation* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

 /s/ *Neil S. Tassel*
Neil S. Tassel