UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN JOHN HALLISSEY,<br>    Defendant. | No. 1:15-cr-10063-NMG-1 |

## MOTION FOR ORDER OF TRANSPORTATION

The defendant moves for an order of transportation. As grounds therefore, the defendant asserts the following:

1. The defendant is in the process of being evaluated for mental health concerns by Dr. Fabian Saleh, M.D. This process is ongoing.

2. As part of the evaluation process, counsel has arranged for a polygraph examination by Dennis Peloquin of Forensic Polygraph Associates.

3. The defendant is presently housed by the U.S. Marshal Service on this matter at the Donald W. Wyatt Detention Facility in Central Falls, R.I.

4. Upon inquiry by undersigned counsel, the U.S. Marshal Service have adequate facilities at the U.S. District Court in Boston to conduct such an examination, specifically a quiet private room with four walls, with a table and at least two chairs, an electric outlet and access to a bathroom.

5. Upon inquiry by undersigned counsel, the Wyatt Detention Facility lacks such a room to permit polygraph examination.

*Motion denied.* /s/ NMGorton, USDJ  10/15/15